**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANA R. BLICKLEY,**

        **Plaintiff,**

-vs-                                        **Case No. 6:08-cv-1866-Orl-31GJK**

**JIM FORD, in his individual capacity, and**
**in his official capacity as Brevard County**
**Property Appraiser,**

        **Defendant.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO STAY PROCEEDINGS AND FOR 10-DAY EXTENSION TO RESPOND TO MOTIONS TO DISMISS (Doc. 15)**
>
> **FILED:**    December 11, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part. Motion for stay is denied, but deadline for responses to motions to dismiss (Doc. 7, 8) is extended to 12/31/08.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 15, 2008.

                                                    GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party