**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANA R. BLICKLEY,**

        **Plaintiff,**

-vs-                                                                  **Case No. 6:08-cv-1866-Orl-31GJK**

**JIM FORD, in his individual capacity, and**
**in his official capacity as Brevard County**
**Property Appraiser,**

        **Defendant.**

## ORDER

On March 22, 2011, Magistrate Judge Kelly entered a Report and Recommendation (Doc. 80), recommending that the Plaintiff's Motion in Objection to Defendant's Bill of Costs (Doc. 77) be GRANTED in part and DENIED in part. Plaintiff filed timely objections to the Report (Doc. 81). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. In particular, the Court agrees with the Magistrate Judge's conclusion that the cost of transcribing Plaintiff's testimony in two other cases was properly taxable under 28 U.S.C. § 1920(2), in that the transcripts were necessarily obtained for use in this case, even if the testimony was originally intended for use in another case.

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion Filed in Objection to Bill of Costs (Doc. 77) is **GRANTED IN PART AND DENIED IN PART** as set forth in the Report and Recommendation, and;

3. The Clerk is directed to enter a cost judgment against the Plaintiff in the amount of $3,935.89.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 12, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party